UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20549-CR-MORENO

UNITED STATES OF AMERICA

v.

MARIO IVAN AMEZQUITA MERIDA,
    a/k/a "Chato,"
    a/k/a "San Miguel Archangel,"

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America and the defendant, Mario Ivan Amezquita Merida, a/k/a "Chato," a/k/a "San Miguel Archangel" ("AMEZQUITA"), through counsel, hereby stipulate and agree that had this case proceeded to trial, the United States would have proved beyond a reasonable doubt that AMEZQUITA, from at least as early as in or around December 2014, and continuing through August 2019, in the countries of Colombia, El Salvador, Guatemala, Mexico, and elsewhere, did knowingly and willfully combine, conspire, confederate, and agree with other persons to distribute over five (5) kilograms of a mixture or substance containing a detectable amount of cocaine, knowing that such cocaine would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a) and 963.

Specifically, in September of 2015, law enforcement officers with the Drug Enforcement Administration identified a drug trafficking organization led by an individual named Marlon Monroy Meono ("the Monroy DTO") that shipped multi-ton loads of cocaine from Colombia to

Guatemala via go-fast vessels for transshipment through Mexico to the United States every month. The Monroy DTO laundered the proceeds of those shipments back to Colombia via Guatemala.

Further investigation revealed that AMEZQUITA, among others, received loads in Guatemala that the Monroy DTO shipped from Colombia and that were destined for the United States.

As an example, in June of 2015, AMEZQUITA personally received a shipment of approximately 700-800 kilograms of cocaine in the port of San Jose, Guatemala via go-fast vessel. AMEZQUITA was responsible for confirming the weight of the shipment for the Colombian traffickers, verifying the purity of the cocaine, and providing vehicles to transport the cocaine to Guatemala City, Guatemala, where the cocaine was to be shipped to the United States through Mexico. The Monroy DTO paid AMEZQUITA approximately $190,000 for his services.

On another occasion, in October 2015, AMEZQUITA received 640 kilograms of cocaine in San Jose, Guatemala that the Monroy DTO shipped from Colombia. AMEZQUITA and several of his workers carried the bales from the beach to a safe house for storage until the cocaine was transported to Guatemala City, Guatemala, for shipment to the United States through Mexico. The Monroy DTO paid AMEZQUITA $140,000 for his services.

On October 23, 2015, law enforcement executed a search warrant at a location in Guatemala that was believed to be a Monroy DTO stash house for narcotics and drug proceeds. Among other items, law enforcement recovered 481 kilograms of cocaine; $810,510 in cash; fifteen (15) firearms, including several loaded military-style rifles and hundreds of rounds of ammunition; and drug ledgers reflecting payments of hundreds of thousands of dollars to AMEZQUITA for various shipments of cocaine.

Beginning in February 2018, law enforcement officers began intercepting text message communications between AMEZQUITA and a confidential source ("CS") that related to shipments of cocaine. In one chat, AMEZQUITA asked the CS for help in obtaining a satellite phone to assist with the shipment of a cocaine load.

In another text exchange in December 2018, AMEZQUITA requested the CS's assistance in transporting a load of approximately 1,800 kilograms of cocaine from Colombia to Guatemala and provided the coordinates of the shipment to the CS. The CS passed the coordinates of the shipment to law enforcement, which led to the seizure of 1,852 kilograms of cocaine aboard a low-profile vessel on January 5, 2019.

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the parties agree it is sufficient to prove the sole count of the Indictment beyond a reasonable doubt.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 3/9/2022  By: 
SHANE BUTLAND
ASSISTANT UNITED STATES ATTORNEY

Date: 3/14/22  By: 
BONNIE S. KLAPPER
DEFENSE COUNSEL

Date: 3/14/22  By: 
MARIO IVAN AMEZQUITA MERIDA
DEFENDANT

3